**REBECCA J. Alani, Appellant**

v.

**FEDERAL BUREAU OF INVESTIGATION, Appellee.**

**No. 15–5067.**

United States Court of Appeals, District of Columbia Circuit.

Sept. 25, 2015.

Rebecca J. Alani Washington, DC pro se.

BEFORE GRIFFITH, SRINIVASAN, and WILKINS, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and the supplements thereto filed by the appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). Upon consideration of the foregoing, the motion for appointment of counsel, and the motion to expedite and the supplement thereto, it is

**ORDERED** that the motion for appointment of counsel be denied. In civil cases, appellants are not entitled to appointment of counsel when they have not demonstrated sufficient likelihood of success on the merits. It is

**FURTHER ORDERED AND ADJUDGED** that the district court's order filed February 18, 2015, be affirmed. The district court properly dismissed the complaint for lack of subject matter jurisdiction because it is " 'patently insubstantial,' presenting no federal question suitable for decision." *Tooley v. Napolitano,* 586 F.3d 1006, 1009 (D.C.Cir.2009) (quoting *Best v. Kelly,* 39 F.3d 328, 330 (D.C.Cir.1994)). It is

**FURTHER ORDERED** that the motion to expedite be dismissed as moot.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.